# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Susan Washington, | Case No. 2:24-cv-00885-CDS-NJK |
| Plaintiff | **Order Accepting Parties' Stipulation to Proceed with Arbitration and Staying Case** |
| v. | |
| One Nevada Credit Union, | [ECF No. 7] |
| Defendant | |

Plaintiff Susan Washington filed this employment action against One Nevada Credit Union alleging discrimination, harassment and hostile work environment based on race, and retaliation. Compl., ECF No. 1. The parties now inform the court that they have "discussed the terms of arbitration applicable to this case" and "stipulate that the parties have agreed to arbitrate consistent with those terms." ECF No. 7.

However, the parties' stipulation does not include the terms of the arbitration agreement. It is also lacking any request to stay this litigation pending the completion of arbitration and fails to inform the court whether the parties agree to dismiss this matter under the terms of the stipulation agreement.

"[A] district court may either stay the action or dismiss it outright when [] the court determines that all of the claims raised in the action are subject to arbitration." *Johnmohammadi v. Bloomingdale's, Inc.*, 755 F.3d 1072, 1074 (9th Cir. 2014). District courts have "broad discretion to stay proceedings." *Clinton v. Jones*, 520 U.S. 681, 706 (1997). A district court "may . . . find it is efficient for its own docket and the fairest course for the parties to enter a stay of an action before it, pending resolution of independent proceedings which bear upon the case." *Leyva v. Certified Grocers of Cal., Ltd.*, 593 F.2d 857, 863 (9th Cir. 1979). Here, although the stipulation is devoid of any

request to stay, in an abundance of caution, the court stays this matter to retain jurisdiction to enforce the stipulation, as well as to confirm, modify, or vacate the eventual arbitral award.

## Conclusion

Based on their stipulation [ECF No. 7], the parties must submit all disputes, claims, or controversies involved in this action to arbitration. It is ordered that this action is stayed pending the completion of arbitration, and all pending deadlines are vacated.

The parties must file a joint status report within fourteen days of the completion of arbitration. If the arbitration is not completed by October 31, 2024, the parties must file a joint status report to provide an update on the arbitration proceeding.

Dated: June 3, 2024

_____
Cristina D. Silva
United States District Judge