# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SUSAN WASHINGTON,<br><br>    Plaintiff,<br><br>v.<br><br>ONE NEVADA CREDIT UNION,<br><br>    Defendant(s). | Case No. 2:24-cv-00885-CDS-DJA<br><br>**Order** |

In light of the parties' agreement to arbitrate, Docket No. 11, the Clerk's Office is INSTRUCTED to remove the ENE flag from the docket and remove the undersigned as the settlement judge.

IT IS SO ORDERED.

Dated: August 22, 2025

_____
Nancy J. Koppe
United States Magistrate Judge